UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE J. CARRERO,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID J. HOLBROOK,<br><br>    Respondent. | Case No. 19-cv-06110-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**<br><br>Re: Dkt. No. 8 |

Good cause being shown, respondent's request for an extension of time to answer the Court's order to show cause is GRANTED. Dkt. No. 8. Respondent shall answer the Court's order to show cause by March 23, 2020. If petitioner wishes to respond to the answer, he shall do so by filing a traverse within thirty-five (35) days of the date the answer is filed.

This order terminates Dkt. No. 8.

**IT IS SO ORDERED.**

Dated: 2/24/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge