UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE J. CARRERO,<br><br>  Petitioner,<br><br>  v.<br><br>DAVID J. HOLBROOK,<br><br>  Respondent. | Case No. 19-cv-06110-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 13 |

Good cause being shown, petitioner's request for a second extension of time to file his traverse is GRANTED. Dkt. No. 13. Petitioner shall file his traverse by July 10, 2020.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 5/13/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge