UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE J. CARRERO,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID J. HOLBROOK,<br><br>        Respondent. | Case No. 19-cv-06110-HSG<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 15 |

Good cause being shown, petitioner's third request for an extension of time to file his traverse is GRANTED. Dkt. No. 15. Petitioner shall file his traverse by August 24, 2020.

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: 7/21/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge