UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE J. CARRERO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVID J. HOLBROOK,<br><br>　　　　Respondent. | Case No. 19-cv-06110-HSG<br><br>**GRANTING FOURTH EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 17 |

Petitioner, an inmate at Chuckawalla State Prison, has filed this *pro* se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 26, 2019, the Court found that the petition stated cognizable claims for federal habeas relief and ordered respondent to show cause why relief should not be granted. Dkt. No. 6. On March 13, 2020, respondent filed an answer to the Order to Show Cause. The Court has granted petitioner three extensions of time, for a total of approximately four months, to file his traverse. Petitioner has now requested an additional extension of time because COVID restrictions limit his ability to access the law library. Dkt. No. 17. Good cause being shown, petitioner's fourth request for an extension of time to file his traverse is GRANTED. Petitioner shall file his traverse by October 26, 2020.

This order terminates Dkt. No. 17.

**IT IS SO ORDERED.**

Dated: 8/27/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge