# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE J. CARRERO,<br><br>        Petitioner,<br><br>   v.<br><br>DAVID J. HOLBROOK,<br><br>        Respondent. | Case No. 19-cv-06110-HSG<br><br>**ORDER GRANTING FINAL EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 19 |

Petitioner, an inmate at Chuckawalla State Prison, has filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 26, 2019, the Court found that the petition stated cognizable claims for federal habeas relief and ordered Respondent to show cause why relief should not be granted. Dkt. No. 6. On March 13, 2020, Respondent filed an answer to the Order to Show Cause. Dkt. No. 10. The Court has granted Petitioner four extensions of time, for a total of approximately six months to October 26, 2020, to file his traverse. Dkt. Nos. 12, 14, 16, 18. On October 21, 2020, five days before the filing deadline, Petitioner requested a fifth extension of time. Dkt. No. 19. Petitioner states that he requires an additional extension of time because a COVID outbreak in his building has resulted in a complete lockdown with no access to the law library for a month. Dkt. No. 19. Good cause being shown, Petitioner's fifth request for an extension of time to file his traverse is GRANTED. Petitioner shall file his traverse by January 8, 2021. The Court will grant no further extensions of time. Petitioner has had ample time and opportunity to prepare his traverse.

//

//

//

This order terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: 11/9/2020

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge