UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUKE J. CARRERO,

          Petitioner,

   v.

DAVID J. HOLBROOK,

          Respondent.

Case No. 19-cv-06110-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 24

Good cause being shown, Petitioner's request for an extension of time to file his traverse to the answer filed on April 16, 2021, is GRANTED. Dkt. No. 24. Petitioner shall file his traverse by June 18, 2021.

      **IT IS SO ORDERED.**

Dated: 5/19/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge