UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE J. CARRERO,<br><br>    Petitioner,<br><br>v.<br><br>DAVID J. HOLBROOK,<br><br>    Respondent. | Case No. 19-cv-06110-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 26 |

Good cause being shown, Petitioner's request for a second extension of time to file his traverse is GRANTED. Dkt. No. 26. Petitioner shall file his traverse by August 23, 2021. The answer to the amended order to show cause was filed on April 16, 2021. With this extension of time, Petitioner will have had three months to prepare his traverse. Any further requests for an extension of time must be accompanied by a showing of good cause as to why Petitioner requires more than three months to prepare his traverse.

This order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: 6/24/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge