UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE J. CARRERO,<br><br>   Petitioner,<br><br>v.<br><br>DAVID J. HOLBROOK,<br><br>   Respondent. | Case No. 19-cv-06110-HSG (PR)<br><br>**ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE RECORD** |

Luke J. Carrero filed this pro se action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A number of petitioner's claims for habeas relief were previously raised in his state habeas petition before the Santa Clara County Superior Court. A copy of the state superior court's order is necessary to the effective resolution of the claims here. Petitioner has provided only the first page of the state superior court's habeas opinion. *See* Dkt. No. 28 at 24. The Court orders that, within seven (7) days of the date of this order, Respondent shall file with this Court a copy of the Santa Clara County Superior Court "ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS". *See id.*

**IT IS SO ORDERED.**

Dated: 2/10/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge