UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE J. CARRERO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DAVID J. HOLBROOK,<br><br>　　　　　　Respondent. | Case No. 19-cv-06110-HSG<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED.**

Dated: 3/11/2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HAYWOOD S. GILLIAM, JR.
United States District Judge